920 S.

No. 1025. LAIDLAW CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Allen W. Teagle* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Linda Sher* for respondent. 

No. 1028. SCM CORP. *v.* ADVANCE BUSINESS SYSTEMS & SUPPLY CO. C. A. 4th Cir. Certiorari denied. *William E. Willis, J. Marshall Wellborn, Arthur W. Machen, Jr., Richard Sexton,* and *Jerry Oppenheim* for petitioner. *Robert G. Levy* and *George W. Liebmann* for respondent.

No. 1034. CAHN, DISTRICT ATTORNEY OF NASSAU COUNTY, NEW YORK, ET AL. *v.* BETHVIEW AMUSEMENT CORP. ET AL. C. A. 2d Cir. Certiorari denied. *William Cahn,* pro se, and for other petitioners. *Morton Alpert* for respondents.

No. 1039. LOCAL 300, UNITED INDUSTRIAL WORKERS OF AMERICA, SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* MARRIOTT IN-FLITE SERVICES DIVISION OF MARRIOTT CORP. C. A. 5th Cir. Certiorari denied. *Harold A. Katz, Irving M. Friedman,* and *Howard Schulman* for petitioner. *John T. Weise* and *R. Theodore Clark, Jr.,* for respondent. *Solicitor General Griswold* and *Arnold Ordman* filed a memorandum for National Labor Relations Board in opposition.

No. 1065. JORDAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Edward L. Cragen* for petitioners. *Solicitor General Griswold* for the United States.